

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00365-CR

**COREY DESHUNDON HENDERSON,**

                                 **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                 **Appellee**

---

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D38895-CR**

---

## ABATEMENT ORDER

---

A jury found Corey Deshundon Henderson guilty of continuous trafficking of persons and assessed his punishment at ninety-nine years' imprisonment. The trial court rendered judgment accordingly. Henderson subsequently filed a notice of appeal from the judgment of conviction and sentence rendered against him.

By letter dated November 1, 2019, the Clerk of this Court notified the trial court clerk that a copy of the certification of the defendant's right of appeal has not been received in the above cause. *See* TEX. R. APP. P. 25.2(e). The letter further stated: "Please

send a copy of the certification within 7 days after the date of this letter. *Id.* If for any reason the certification cannot be sent within 7 days, please notify the Clerk of this Court immediately." The trial court clerk promptly notified the Clerk of this Court that the trial court's certification of the defendant's right of appeal had not yet been received by the trial court clerk. Henderson then filed in this Court a motion to abate this appeal to obtain the trial court's certification of his right of appeal, explaining that the certification either was never executed or was lost.

The trial court is required to enter a certification of defendant's right to appeal each time it enters a judgment of guilt or other appealable order. *Id.* R. 25.2(a)(2). We therefore grant Henderson's motion and abate this appeal to the trial court for entry of a proper certification of Henderson's right of appeal from the judgment rendered in this case.

The trial court is directed to provide the trial court clerk with the trial court's certification of Henderson's right of appeal within 14 days of the date of this order. *See Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013).

The trial court clerk is ordered to file with this Court the clerk's record or a supplemental clerk's record containing the trial court's certification within 28 days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Order issued and filed December 4, 2019
RWR

